IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE CASE NO: 3:09-CV-00259

| | |
|---|---|
| CHRISTOPHER D. PHILEMON,<br><br>    Plaintiff,<br><br>v.<br><br>YAMAHA MOTOR CORPORATION, U.S.A., YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICA, and YAMAHA MOTOR CO., LTD.,<br><br>    Defendants. | |

## ORDER

On consideration of Defendants Yamaha Motor Corporation, U.S.A. and Yamaha Motor Manufacturing Corporation of America's Amended Motion to Stay, the filings made in support thereof and Plaintiff's consent to this Motion, it is hereby ORDERED, ADJUDGED, and DECREED that Defendants' motion is GRANTED. It is further ORDERED that all proceedings in this matter are hereby stayed until further order of the Court.

Signed: August 5, 2009

Graham C. Mullen
United States District Judge